UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

17-CV-80151-ROSENBERG/HOPKINS

ERIC ROGERS,

     Plaintiff,

vs.

CYPRESS STREET CAFE, LLC and
BROEDELL WAREHOUSE RENTALS, INC.,

     Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, ERIC ROGERS ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, CYPRESS STREET CAFE, LLC and BROEDELL WAREHOUSE RENTALS, INC. Plaintiff and Defendants, CYPRESS STREET CAFE, LLC and BROEDELL WAREHOUSE RENTALS, INC., are presently preparing a formal settlement agreement for signature and intend to file a notice of dismissal with prejudice once the agreement is finalized. Plaintiff and Defendants request twenty (20) days within which to file its dismissal documents.

SCHAPIRO LAW GROUP, P.L
21301 Powerline Road, Suite 106, Boca Raton, FL 33433 ● Tel (561) 807-7388 ● Fax (810) 885-5279

Respectfully submitted this 17TH day of March, 2017.

>/s/ Douglas S. Schapiro
>DOUGLAS S. SCHAPIRO, ESQ.
>Florida Bar No: 54538
>Schapiro Law Group, P.L.
>21301 Powerline Road, Suite 106
>Boca Raton, FL 33433
>T: (561) 807-7388
>F: (810) 885-5279
>Schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was

filed electronically using the CM/ECF system on this 17th day of March, 2017.

>/s/ Douglas S. Schapiro
>DOUGLAS S. SCHAPIRO, ESQ.
>Florida Bar No: 54538
>Schapiro Law Group, P.L.
>21301 Powerline Road, Suite 106
>Boca Raton, FL 33433
>T: (561) 807-7388
>F: (810) 885-5279
>Schapiro@schapirolawgroup.com

SCHAPIRO LAW GROUP, P.L
21301 Powerline Road, Suite 106, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (810) 885-5279