UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-80151-ROSENBERG/HOPKINS

ERIC ROGERS,

    Plaintiff,

v.

CYPRESS STREET CAFE, LLC, and
BROEDELL WAREHOUSE RENTALS,
INC.,

    Defendants.

_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation to Approve Consent Decree and Dismiss the Case with Prejudice [DE 16]. The Court has carefully reviewed the Stipulation, the Consent Decree attached thereto, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The parties' Consent Decree is hereby **APPROVED and ENTERED**.

2. Defendants, CYPRESS STREET CAFE, LLC, and BROEDELL WAREHOUSE RENTALS, INC., are **DISMISSED WITH PREJUDICE**.

1. The Court retains jurisdiction to enforce the parties' Consent Decree.

2. Each party shall bear its own attorneys' fees and costs except as detailed in the parties' Consent Decree.

3. The Clerk of Court is directed to **CLOSE THIS CASE**. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida this 10th day of April, 2017.

Copies furnished to:  
Counsel of record

                                  ROBIN L. ROSENBERG  
                                  UNITED STATES DISTRICT JUDGE